June 12, 2015

24,369-08

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

Court of Criminal Appeals

Attn: Abel Acosta, Court Clerk

Re: Writ of Habeas Corpus Art. 11.07

WR No. 24,369-08   Tr. Ct. No. 114-0760-13-A

Mr. Acosta

On May 27, 2015 I, Stevie A. Roberson #1877155 mailed to the Court of Criminal Appeals the original and three copies of my Rebuttal to State's Supplement Answer in opposition to Application For Writ of Habeas Corpus with exhibits A-D by U.S. Mail postage paid. I request that the fourth copy by filed stamped and returned for my personal records. As of todays date I have yet to recieve that copy or a response from the court acknowling recieving my Rebuttal to State Supplemental Answer in opposition to Application For Writ of Habeas Corpus.

Your prompt response comfirming that my Rebuttal to the State's Supplemental Answer in opposition to Application For Writ of Habeas Corpus has been filed with the Court of Criminal Appeals is appreciated, Thank you

Stevie A. Roberson
#1877155 Cole Unit
3801 940 Road
Bonham, TX. 75418